IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ROBERT E. SHEPHERD,**

    **Petitioner**

**v.**                       **//**            **CIVIL ACTION NO. 1:07CV27**
                                                            **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 6, 2007, pro se petitioner Robert E. Shepherd filed a petition for a writ of mandamus. On October 30, 2007, United States Magistrate Judge James E. Seibert entered a Report and Recommendation ("R&R"), which recommended that this Court deny Shepherd's petition and dismiss the case with prejudice because Shepherd has failed to meet the stringent standards for a writ of mandamus.

The Report and Recommendation also specifically warned that failure to object to the recommendation would result in the waiver of any appellate rights on this issue. No objections were filed.[1]

Based on the petitioner's failure to object, the Court **ADOPTS** the Report and Recommendation in its entirety and **DENIES** the Petition for a Writ of Mandamus (Dkt. No. 18). It, therefore,

---

[1] The failure to object to the Report and Recommendation not only waives the appellate rights in this matter, but also relieves the Court of any obligation to conduct a de novo review of the issue presented. See Thomas v. Arn, 474 U.S. 140, 148-153 (1985); Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).

**ORDER ADOPTING OPINION/REPORT AND RECOMMENDATION**

**ORDERS** that this case be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's docket.

The Clerk is directed to mail a copy of this Order to the pro se petitioner, certified mail, return receipt requested and to counsel of record.

Dated: November 13, 2007


                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE